UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-61998-BLOOM/Valle

RENADE GRANT,

    Plaintiff,

v.

BSI FINANCIAL SERVICES,
INCORPORATED, a Florida Profit
Corporation and FAY SERVICING, LLC,
a Foreign Limited Liability Company,

    Defendant.
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BSI FINANCIAL SERVICES, INCORPORATED

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice, ECF No. [4] ("Notice"), filed on November 8, 2017.  The Court has carefully reviewed the Notice, the record in this case, and the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, **DEFENDANT BSI FINANCIAL SERVICES, INCORPORATED** is **DISMISSED WITHOUT PREJUDICE**.

With respect to Defendant BSI Financial Services, Incorporated *only*, any pending motions are denied as moot, any scheduled hearings are cancelled, and all deadlines are terminated.

Case No. 17-cv-61998-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida this 9th day of November, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record