UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

RENADE GRANT,　　　　　　　　　　Case No.: 0:17-cv-61998-BB

　　　Plaintiff,

-vs-

SERVIS ONE, INC, a Foreign Profit
Corporation d/b/a BSI FINANCIAL
SERVICES and FAY SERVICING, LLC,
a Foreign Limited Liability Company,

　　　Defendants.
_____/

## NOTICE OF SETTLEMENT WITH FAY SERVICING, LLC ONLY

Plaintiff, RENADE GRANT, by and through the undersigned counsel, hereby gives notice that he has resolved his claims against Defendant FAY SERVICING, LLC only. The Plaintiff will file the appropriate dismissal documents regarding Defendant FAY SERVICING, LLC within thirty (30) days.

Dated: April 11, 2018.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ZEBERSKY PAYNE, LLP
　　　　　　　　　　　　　　　　　　110 S.E. 6th Street, Suite 2150
　　　　　　　　　　　　　　　　　　Ft. Lauderdale, Florida 33301
　　　　　　　　　　　　　　　　　　Telephone: (954) 989-6333
　　　　　　　　　　　　　　　　　　Facsimile: (954) 989-7781
　　　　　　　　　　　　　　　　　　Primary Email: jshaw@zpllp.com
　　　　　　　　　　　　　　　　　　kslaven@zpllp.com
　　　　　　　　　　　　　　　　　　Secondary Email: mperez@zpllp.com;

　　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　　　JORDAN A. SHAW, ESQ.
　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 111771
　　　　　　　　　　　　　　　　　　　　　KIMBERLY A. SLAVEN, ESQ.
　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 117964

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April __11__, 2018, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Kimberly A. Slaven
Kimberly A. Slaven, Esq.
Florida Bar No.: 117964