UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-61998-BLOOM/Valle

RENADE GRANT,

    Plaintiff,

v.

SERVIS ONE, INC. d/b/a BSI FINANCIAL
SERVICES, INCORPORATED, a Florida Profit
Corporation and FAY SERVICING, LLC,
a Foreign Limited Liability Company,

    Defendants.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE
AS TO DEFENDANT FAY SERVICING, LLC**

**THIS CAUSE** is before the Court upon the Notice of Settlement with Fay Servicing, LLC Only, ECF No. [26], filed on April 11, 2018 that indicates that Plaintiff Renade Grant has resolved his claims against Defendant Fay Servicing, LLC, only.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** as to **DEFENDANT FAY SERVICING, LLC ONLY** without prejudice to the parties to file a stipulation for dismissal on or before **May 11, 2018**.

2. To the extent not otherwise disposed of, as to **DEFENDANT FAY SERVICING, LLC, ONLY** any scheduled hearings are **CANCELLED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED.**

3. This case shall remain **OPEN** as to **DEFENDANT SERVIS ONE, INC.**, and all scheduled hearings, all pending motions, and deadlines remain firmly in place as

Case No. 17-cv-61998-BLOOM/Valle

Plaintiff and Defendant Servis One, Inc.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of April, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record