UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

RENADE GRANT,

Plaintiff,

-vs-

SERVIS ONE, INC, a Foreign Profit
Corporation d/b/a BSI FINANCIAL
SERVICES and FAY SERVICING, LLC,
a Foreign Limited Liability Company,

Defendants.
_____/

Case No.: 0:17-cv-61998-BB

## NOTICE OF SETTLEMENT WITH SERVIS ONE, INC d/b/a BSI FINANCIAL SERVICES ONLY

Plaintiff, RENADE GRANT, by and through the undersigned counsel, hereby gives notice that he has resolved his claims against Defendant SERVIS ONE, INC. d/b/a BSI FINANCIAL SERVICES only. The Parties will file the appropriate dismissal documents regarding Defendant SERVIS ONE, INC. d/b/a BSI FINANCIAL SERVICES within thirty (30) days.

Dated: May 2, 2018.

Respectfully submitted,

ZEBERSKY PAYNE, LLP
110 S.E. 6th Street, Suite 2150
Ft. Lauderdale, Florida 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
Primary Email: jshaw@zpllp.com
kslaven@zpllp.com
Secondary Email: mperez@zpllp.com;

By_____
JORDAN A. SHAW, ESQ.
Florida Bar No. 111771
KIMBERLY A. SLAVEN, ESQ.
Florida Bar No. 117964

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2018, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_____
Kimberly A. Slaven, Esq.
Florida Bar No.: 117964