UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

RENADE GRANT,                                    Case No.: 0:17-cv-61998-BB

      Plaintiff,

-vs-

SERVIS ONE, INC, a Foreign Profit
Corporation d/b/a BSI FINANCIAL
SERVICES and FAY SERVICING, LLC, a
Foreign Limited Liability Company,

      Defendants.
_____/

**JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT SERVIS ONE, INC, d/b/a BSI FINANCIAL SERVICES WITH PREJUDICE**

The parties, by and through their undersigned attorneys, and show unto this Court that all matters and things of controversy between them have been resolved and that the parties stipulate to the dismissal of all claims and causes of action brought in this suit against Defendant SERVIS ONE, INC, d/b/a BSI FINANCIAL SERVICES only with prejudice.  The parties are to bear their own respective attorney's fees and costs.

      Respectfully submitted this ____ day of May, 2018.

THIS SPACE LEFT INTENTIONALLY BLANK

| | |
|---|---|
| By: *[signature]*<br>JORDAN A. SHAW, ESQ.<br>Florida Bar No.:111771<br>KIMBERLY A. SLAVEN, ESQ.<br>Florida Bar No.: 117964<br>ZEBERSKY PAYNE, LLP<br>110 S.E. 6th Street, Suite 2150<br>Ft. Lauderdale, Florida 33301<br>Telephone: (954) 989-6333<br>Facsimile: (954) 989-7781<br>Primary Email:   jshaw@zpllp.com<br>Primary Email:   kslaven@zpllp.com<br>Secondary Email: mperez@zpllp.com<br><br>*Counsel for Plaintiff* | /s/Anthony Yanez<br>ANTHONY YANEZ, ESQ.<br>Fla. Bar No. 45219<br>ayanez@blankrome.com<br>Blank Rome, LLP<br>500 E Broward Blvd., Suite 2100<br>Fort Lauderdale, Florida 33394<br>Telephone: (954)512-1815<br>Facsimile: (954)512-1789<br><br>*Attorney for Defendant* |

[1720369/1]