UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-61998-BLOOM/Valle

RENADE GRANT,

    Plaintiff,

v.

SERVIS ONE, INC. d/b/a BSI FINANCIAL
SERVICES, INCORPORATED, a Florida Profit
Corporation and FAY SERVICING, LLC,
a Foreign Limited Liability Company,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Final Order of Dismissal of Plaintiff's Claims Against Defendant Servis One, Inc., d/b/a BSI Financial Services with Prejudice, ECF No. [33] ("Stipulation"), filed on May 17, 2018.  The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [33]** is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE;**

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court shall **CLOSE** this case.

Case No. 17-cv-61998-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of May, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record